AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Damion Barnett<br>DOB: XXXXXX<br>*Defendant(s)* | Case: 1:25-mj-00132<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 7/30/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 14, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*               *Offense Description*

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition By A Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Mark Minzak, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/30/2025

*Judge's signature*

City and state: Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*