UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMION BARNETT,<br>     Defendant. | 1:25-mj-132 |

## NOTICE OF FILING

The United States of America, by and through undersigned counsel, respectfully requests that the attached discovery letter, dated August 7, 2025, be made part of the record in this case.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Jonathan A. Sussler*
JONATHAN A. SUSSLER
NY Bar No. 5973912
Special Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-815-8576
Jonathan.Sussler2@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

---

*601 D Street N.W.*
*Washington, D.C. 20530*

August 7, 2025

**VIA EMAIL**
Kevann Gardner
kgardner@kgardnerlaw.com
           **Re**:    <u>*United States v. Damion Barnett, 25-mj-132*</u>

Dear Counsel:

    I write to provide you with a list of the discovery that has been provided to you to date in the above-captioned case.

**I.   Discovery**

    **A.  8.7.25 – Evidence.com Production**

    On August 7, the following documents and discovery materials were disclosed to you via Evidence.com link labeled "US v. Damion Barnett, 25-mj-132":

- Evidence.com (40 files; 11 images; 29 videos)
    - 2025-07-14 1753 - 1026 16TH STREET NE - CPWL
    - ARREST - 1000 16TH STREET NE
    - ARREST - 1100 16TH STREET NE
    - Axon Capture Photo 2025-07-14 175410 11183
    - Axon Capture Photo 2025-07-14 175425 11183
    - Axon Capture Photo 2025-07-14 175453 11183
    - Axon Capture Photo 2025-07-14 175459 11183
    - Axon Capture Photo 2025-07-14 175522 11183
    - Axon Capture Photo 2025-07-14 175922 11183

1

- - Axon Capture Photo 2025-07-14 175937 11183
  - Axon Capture Photo 2025-07-14 191342 11183
  - CPWL - 1000 BLOCK 16TH STREET NE
  - CPWL- 1026 16TH ST NE
  - CPWL- 1026 16TH ST NE
  - CPWL- 1026 16TH ST NE
  - CPWL- 1026 16TH ST NE
  - P7E1C099.JPG
  - P7E1C09A.JPG
  - P7E1C09B.JPG
  - P7E1C09C.JPG
  - P7E1C09D.JPG
  - P7E1C09E.JPG
  - P7E1C09F.JPG
  - P7E1C09G.JPG
  - P7E1C09H.JPG
  - P7E1C09I.JPG
  - P7E1C09J.JPG
  - P7E1C09K.JPG

B. 8.7.2025 – Production 1

On August 7, 2025, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "United States v. Damion Barnett, 25-mj-132," subfolder "First Production – 8.7.2025.zip":

| Folder | Name |
| --- | --- |
| \25106403 | COMP_25106403_U25021561_102518037.pdf |
| \25106403 | COMP_25106403_U25021567_102518040.pdf |
| \25106403 | GERS_25106403_U25021561_102518037.pdf |
| \25106403 | GERS_25106403_U25021567_102518040.pdf |
| \25106403 | GERU_25106403_102518037.pdf |
| \25106403 | GERU_25106403_102518040.pdf |
| \25106403 | P163_25106403_102518037.pdf |
| \25106403 | P163_25106403_102518040.pdf |
| \Buccal | 2025 CSWSLD 003012.pdf |
| \Criminal History | Damion Barnett PSR.pdf |

| \Criminal History\2021 Conviction | 2021 Gerstein.pdf |
|---|---|
| \Criminal History\2021 Conviction | Conditions of Release.pdf |
| \Criminal History\2021 Conviction | J&C.pdf |
| \Criminal History\2021 Conviction | Proffer of Facts.pdf |
| \Criminal History\2021 Conviction | YRA opinion.pdf |
| \CSS Reports | 25106403 CSE 25106403.pdf |
| \DIMS Photos | P7E1C099.JPG |
| \DIMS Photos | P7E1C09A.JPG |
| \DIMS Photos | P7E1C09B.JPG |
| \DIMS Photos | P7E1C09C.JPG |
| \DIMS Photos | P7E1C09D.JPG |
| \DIMS Photos | P7E1C09E.JPG |
| \DIMS Photos | P7E1C09F.JPG |
| \DIMS Photos | P7E1C09G.JPG |
| \DIMS Photos | P7E1C09H.JPG |
| \DIMS Photos | P7E1C09I.JPG |
| \DIMS Photos | P7E1C09J.JPG |
| \DIMS Photos | P7E1C09K.JPG |
| \DIMS Photos | P7E1C09L.JPG |
| \DIMS Photos | P7E1C09M.JPG |
| \DIMS Photos | P7E1C09N.JPG |
| \DIMS Photos | P7E1C09O.JPG |
| \DIMS Photos | P7E1C09P.JPG |
| \DIMS Photos | P7E1C09Q.JPG |
| \DIMS Photos | P7E1C09R.JPG |
| \DIMS Photos | P7E1C09S.JPG |
| \DIMS Photos | P7E1C09T.JPG |
| \File on Q | Barcodes.pdf |
| \File on Q | Chain of Custody.pdf |
| \File on Q | PD698.pdf |
| \File on Q | PD81.pdf |
| \Magistrate - SIGNED | [signed] Barnett SOF_SIGNED_corrected.pdf |
| \Magistrate - SIGNED | [signed] Damion Barnett_Arrest Warrant.pdf |
| \Magistrate - SIGNED | [signed] Damion Barnett_Complaint (redacted).pdf |
| \Magistrate - SIGNED | [signed] Damion Barnett_Complaint (unredacted).pdf |
| \Ofc.M.Minzak.JENCKS | Ofc.M.Minzak.Gerstein..pdf |
| \Radio Run | 5D-TAC.wma |
| \Radio Run | 5D.wma |
| \Radio Run | Authentication Certificate - Melaku.pdf |
| \Radio Run | I20250345926.pdf |

3

| | |
|---|---|
| \Radio Run | [EXTERNAL] Request REQ0059407 has been opened on your behalf.pdf |
| \RMS | 1_CCN _ 25106403 - Combined Reports_Redacted.pdf |
| \RMS\CCN _ 25106403 - Combined Reports | 1_3451_001_Redacted.pdf |
| \RMS\CCN _ 25106403 - Combined Reports | 2_m1.jpg |
| \RMS\CCN _ 25106403 - Combined Reports | 3_mfvimage.jpg |
| \RMS\Gerstein OAG - 25106403 Arrest_ 102518037_ Damion Jerome Ba | 1_m1.jpg |
| \RMS\Gerstein OAG - 25106403 Arrest_ 102518040_ MALCOLM ALEXANDE | 1_mfvimage.jpg |
| \RMS\Gerstein USAO - 25106403 Arrest_ 102518037_ Damion Jerome B | 1_m1.jpg |
| \RMS\Gerstein USAO - 25106403 Arrest_ 102518040_ MALCOLM ALEXAND | 1_mfvimage.jpg |
| \RMS\Report Packet - 25106403 Arrest_ 102518037_ Damion Jerome B | 1_m1.jpg |
| \RMS\Report Packet - 25106403 Arrest_ 102518040_ MALCOLM ALEXAND | 1_mfvimage.jpg |
| \RMS\Report Packet - 25106403 Offense_Incident_ Consumption of ma | 1_3451_001_Redacted.pdf |
| \RMS\Report Packet - 25106403 Offense_Incident_ Consumption of ma | 2_m1.jpg |
| \RMS\Report Packet - 25106403 Offense_Incident_ Consumption of ma | 3_mfvimage.jpg |

**If you have not already done so, please view/download these items at your earliest convenience as they will be automatically deleted forty-five (45) days after the date they were uploaded pursuant to USAfx's automated retention policy.**

    Sincerely,

    JEANINE FERRIS PIRRO
    United States Attorney

    By:   /s/ *Jonathan A. Sussler*
    JONATHAN A. SUSSLER
    NY Bar No. 5973912
    Special Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    202-815-8576
    Jonathan.Sussler2@usdoj.gov